UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ANGELIA COLLINS | CIVIL ACTION NO. 21-cv-4328 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| R T TUTT ENTERPRISES, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation (Rec. Doc. 27) of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Motion for Involuntary Dismissal (Rec. Doc. 28) filed by Defendants is **DENIED AS MOOT**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 14th day of February, 2023.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE